**Order filed April 13, 2021 Withdrawn; Order Filed April 20, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00141-CV
_____

### WLSC INCOPRO, LLC, Appellant

### V.

### ADMIRAL INSURANCE COMPANY, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2017-24459**

---

## ORDER

On April 13, 2021, this court issued an order directing appellant to pay the filing fee. Appellant paid the filing fee on March 31, 2021. The previous order was issued in error.

The April 13, 2021 order issued in this matter is withdrawn.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.